Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7A**

| | |
|---|---|
| MONTEREY BAY SPICE CO., <br><br><br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, et al. <br><br> Defendant. | Court No.  1:26-cv-01797 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: August 12, 2026

/s/ Brian S. Janovitz
_____
Signature of Plaintiff's Attorney

Brian S. Janovitz
_____
Attorney for Plaintiff

DLA PIPER LLP (US)
_____
Firm

500 Eighth Street, NW
_____
Street Address

Washington, DC 20004
_____
City, State and Zip Code

(202) 799-4816
_____
Telephone Number

brian.janovitz@us.dlapiper.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____          Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)