Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 7A**

| | |
|---|---|
| MONTEREY BAY SPICE CO., <br><br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al. <br><br><br> Defendant. | Court No. 1:26-cv-01797 |

**NOTICE OF DISMISSAL**

   **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: August 12, 2026

/s/ Brian S. Janovitz
Signature of Plaintiff's Attorney

Brian S. Janovitz
Attorney for Plaintiff

DLA PIPER LLP (US)
Firm

500 Eighth Street, NW
Street Address

Washington, DC 20004
City, State and Zip Code

(202) 799-4816
Telephone Number

brian.janovitz@us.dlapiper.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: August 12, 2026

Clerk, U. S. Court of International Trade

By: /s/        Geoffrey Goell
Deputy Clerk